IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LARSON MOUSER,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN R. GROUNDS,<br><br>    Respondent. | No. C 12-4900 LHK (PR)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 5.) |

    Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 8, 2012, this Court dismissed the petition and denied a certificate of appealability.  (Doc. No. 3.)  Petitioner has filed a motion for an extension of time to file an unidentified document.  (Doc. No. 5.)  Petitioner's motion is **DENIED**.  The clerk shall make a notation that the Court will not entertain any further filings in this closed case.

    IT IS SO ORDERED.

DATED:  2/5/13

LUCY H. KOH
United States District Judge

Order Denying Motion for Extension of Time
G:\PRO-SE\SJ.LHK\HC.12\Mouser900eot-den.wpd