IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LARSON MOUSER,  )<br>  )<br>  Petitioner,  )<br>  )<br>  v.  )<br>  )<br>WARDEN R. GROUNDS,  )<br>  )<br>  Respondent.  )<br>_____ ) | No. C 12-4900 LHK (PR)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME<br><br><br><br><br><br>(Doc. No. 5.) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 8, 2012, this Court dismissed the petition and denied a certificate of appealability. (Doc. No. 3.) Petitioner has filed a motion for an extension of time to file an unidentified document. (Doc. No. 5.) Petitioner's motion is **DENIED**. The clerk shall make a notation that the Court will not entertain any further filings in this closed case.

IT IS SO ORDERED.

DATED: 2/5/13

LUCY H. KOH
United States District Judge

Order Denying Motion for Extension of Time
G:\PRO-SE\SJ.LHK\HC.12\Mouser900eot-den.wpd